Good morning. My name is Steve. I'm the Chief Justice of the United States. In 2015, the U.S. Consulate in Washington, D.C. appointed me as the Chief Justice. I'm standing here in Washington, D.C. today. And I'm here to talk about the requirements of the 12-page solicitation. It is a trial-by-law case. The 12-page solicitation will be submitted in the fall quarter of the coming year. And of course, you have to know what's required in the solicitation and whether or not it will be included in the solicitation requirements. In this case, it's our intention to support a signature of the apartment that's required for an institute in each one of these six locations. The signature that you obtain is the court-issues act, which are solicitly reserved for the jury. And in doing so, we believe that in order to support the government, one of the U.S. ranges in the number of institutes of work that's on this court would be to use them. In addition to the solicitation, it contains what you can do to act based on the characteristics of the city of Washington, D.C., and the district, either through the agency or through the institute, completion of office, or through the institution itself, or through the district. And in doing so, it's the determination of the jury. Well, actually, one of the questions I have, it's not so much for you, it's for the school district, is that if one of the children had to be removed from the class, why didn't you do this one? You know, another one. So, at this point, the solicitation requirement is to remove all of the children from the school district unless the court is ready to issue a new determination for them all to be removed from the school district. Well, if you decide to remove them, I guess it's beyond what we can consider, but certainly, as we are removing these children, it creates an influence for the jury, and so, I'm not sure that this is a solution to your question, but certainly, it's not a requirement that's kind of in the in the in the concept of dealing with the school, or the school, but I think there is a different future where this is much more scholarly and under control, and there's many other types of discrimination, because there's discriminatory and it's kind of in this case, the year students received six years away, he was found by the court to be the person to explain that he was regarded as a suspect, because your honor is correct, and that's what the court says when you're disabled, but in truth, I think it was a student's fault that he was the person to or he was the person to present and to judge what has to be what has to be done to be able to make an error. I raised that second question a little bit earlier, and I don't see an allegation that the students are trying to say I don't see I don't see an allegation that the students are trying to say I don't see that this is not the purpose of this hearing, given that I see that the courts may conclude that it's a mistake not to individualize the discussion that is required by the direct and not the opposite. The opportunity is that the jury should be able to help in trying to make this individual assessment because there so many reasons that our intention is to have this translation was to push aside some of the issues that are necessary for other reasons, discriminatory reasons. And what I hope that I see from the court   is  the    to help    this individual assessment because there so many reasons that our intention is to push aside some is to help this individual assessment because there so many reasons that                      our intention is to push aside some       reasons. is to help this assessment because there  reasons that      reasons that our intention is to help this assessment because there so intention is to help   build and every single student who runs this course so many reasons that our intention is to help this class build this class so many reasons  our intention is to help this class build this class so many reasons that our intention is to help this class build this class so many reasons our intention is to help this class build this     that our intention is to help this class  this class so so many things that our intention is to help this class        our intention is to help this class build this class so many things that  things  our intention is to class so many things  our intention is
judges: Graber, Murguia, Collins